**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No.  20-cr-00317-CMA-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BEAU AARON HOWARTH,

    Defendant.

---

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT
AND CONTINUE TRIAL DATES**

---

    This matter is before the Court on Defendant's Motion to Continue (Doc. # 33). The Court has reviewed this Motion and the case file, and the reasons set forth in the Motion, specifically:

1. Due to continued COVID-19 restrictions in the facility in which the Defendant is being housed, counsel is unable to have confidential communications with Defendant.

.
    Upon review of the Motion, the Court does not find there are any challenges with "upcoming Christmas and New Year holidays" (Motion at 4).  However, the Court does find that due to continued COVID-19 restrictions. ends of justice is served by granting the Motion and outweighs the best interests of the public and the Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).  It is, therefore,

ORDERED that Defendant's Motion to Continue (Doc. # 33) GRANTED IN PART and the Court hereby grants an ends of justice continuance in this case of **45 days**, which shall be excluded from the trial date, which currently stands at **April 12, 2021**. It is

FURTHER ORDERED THAT the Final Trial Preparation Conference set for **March 31, 2021** is VACATED and RESET to **May 14, 2021, at 2:00 PM** before Judge Christine M. Arguello.   This Hearing will be held via VTC.  Counsel are directed to contact my Courtroom Deputy via email (Socorro_west@cod.uscourts.gov) not later than THREE DAYS before the Hearing for instructions on how to proceed with the VTC/Telephone.  It is

FURTHER ORDERED **that five-day** jury trial set to begin on **April 12, 2021** is VACATED and RESET to **May 24, 2021, at 8:30 AM**, Courtroom 602 of the Alfred A. Arraj Courthouse, 901 19th Street, Denver, CO, before Judge Christine M. Arguello.  It is

FURTHER ORDERED that Defendant's Motion to Continue Pretrial Motion Deadlines is DENIED.  Pretrial motions deadlines have passed.

DATED:  March 29, 2021

BY THE COURT:

CHRISTINE M. ARGUELLO
United States District Judge